1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   Jennifer A. McCorkle
6

7
## UNITED STATES DISTRICT COURT
8  ## DISTRICT OF NEVADA

9

10

11 | JENNIFER A. MCCORKLE,              ) Case No.: 2:12-CV-00461 ~~JCM~~-CWH
                                       )
12 |         Plaintiff,                ) STIPULATION FOR DISMISSAL
                                       )
13 |                                   )
           vs.                         )
14 | MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
15 |                                   )
                                       )
16 |         Defendant.                )
                                       )
17 |_____)

18
       TO THE HONORABLE JAMES C, MAHAN, DISTRICT JUDGE OF THE
19
   DISTRICT COURT:
20
       IT IS HEREBY STIPULATED by and between Jennifer A. McCorkle
21
   ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security
22
   ///
23
   ///
24
   ///
25
   ///
26

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: December 13, 2012    Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Jennifer A. McCorkle

DATE: December 17, 2012    DANIEL G. BOGDEN
Assistant United States Attorney

/s/ *Carlos A. Gonzalez*
_____
Carlos A. Gonzalez
Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

DATE: December 18, 2012
_____
THE HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____